| JULIO LABORIEL-PITIO AND FRANKLIN GUSTAVO ARRIOLA | * | NO. 2020-CA-0669 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| LATOYA LATIKER, PROGRESSIVE PALOVERDE INSURANCE COMPANY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | * * * * * * * | |

PAB

**BROWN, J., CONCURS IN THE RESULT**